IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGGIE PETERS,

        Petitioner,               No. 2:12-cv-0731 JFM (HC)

    vs.

GARY SWARTHOUT,

        Respondent.          <u>ORDER</u>

                              /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        The application attacks a conviction issued by the Alameda County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Alameda County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

        1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

1

2. This matter is transferred to the United States District Court for the Northern District of California.

DATED: March 30, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/mp014;pete0731.108